NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1517

WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR
DANEK USA, INC., MEDTRONIC PUERTO RICO OPERATIONS COMPANY,
and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,

Plaintiffs-Appellants,

v.

GLOBUS MEDICAL, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Pennsylvania
in case no. 06-CV-4248, Judge Norma L. Shapiro.

- - - - - - - - - - - - - - - - - - - - - -

2009-1525

WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR
DANEK USA, INC., MEDTRONIC PUERTO RICO OPERATIONS COMPANY,
and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,

Plaintiffs-Appellees,

v.

GLOBUS MEDICAL, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Pennsylvania
in case no. 06-CV-4248, Judge Norma L. Shapiro.

ON MOTION

Upon consideration of the plaintiffs' unopposed motion to voluntarily dismiss their appeal,[*]

IT IS ORDERED THAT:

(1)    The motion is granted.  Appeal 2009-1517 is dismissed.

(2)    The revised official caption in 2009-1525 is reflected above.  Globus Medical, Inc.'s opening brief in 2009-1525 is due within 30 days of the date of filing of this order.

FOR THE COURT

MAR 0 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Cynthia D. Vreeland, Esq.
       Constantine L. Trela, Jr., Esq.

s8

ISSUED AS A MANDATE (as to 2009-1517 only):    MAR 0 9 2010

---

[*]    Globus Medical, Inc. also informs the court that it filed a motion for relief from the judgment with the district court.  We note that the district court denied that motion on January 26, 2010, although neither party informed this court that the motion was denied.